**No. 54558.**—George Borgfeldt Corp. *v.* United States, protests 147903–K, 147904–K, and 148603–K (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

JULY 21, 1950

**No. 54559.**—SUIT 4625.—Charles T. Wilson Company, Inc. *v.* United States.—

C. D. 1163 modified May 9, 1950.   C. A. D. 433.

BEFORE THE FIRST DIVISION, JULY 24, 1950

**No. 54560.**—Max Stern & Co. *v.* United States, protest 122056–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54561.**—S. Nathan & Co., Inc., et al. *v.* United States, protests 126560–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54562.**—Max Schuster *v.* United States, protests 128070–K, etc.   (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54563.**—Max Schuster *v.* United States, protests 130962–K, etc.   (New York).